OTTO AUGSTEIN, Respondent, v. BANSKA A HUTNI AKCIOVA SPOLECNOST et al., Appellants.— The orders appealed from are modified to the extent that the objections of the defendants to the jurisdiction of the court are overruled, and in the exercise of discretion defendants are allowed to allege the same facts presented upon this motion in their respective answers (Civ. Prac. Act, § 237-a, subd. 3, par. [c]). Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.; Dore, J., dissents and votes to affirm; Callahan, J., taking no part. Settle order on notice.